[Nos. 31335-5-I; 34825-6-I. Division One. June 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALLEN CREWS, *Appellant*.

*In re Personal Restraint Petition of* MARK ALLEN CREWS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02583-0, Warren Chan, J., entered September 1, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32617-1-I. Division One. June 26, 1995.]

VIRGIL RONALD HOWARD, *Appellant*, v. WAYNE PAUL OTRIN, *Respondent*.

OLIVER R. HARTMAN, *Respondent*, v. HOWARD, ET AL., *Third Party Defendants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-21190-3, Anne L. Ellington, J., entered March 18, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, J., and Pekelis, J. Pro Tem.

[No. 33132-9-I. Division One. June 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH NELSON, *Defendant*, LORI GUSTAVSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06834-2, Arthur E. Piehler, J., entered July 9, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Webster, JJ.